**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00610-EWN-MJW

HIRUT BERHANMESKEL,

    Plaintiff,

v.

GILBERTO ROMERO, in his individual capacity, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANT ROMERO

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss Defendant Romero (the "Motion"). The Court, having considered the Motion, the pleadings, and otherwise being informed, finds that the Motion is well taken and should be GRANTED.

WHEREFORE, IT IS ORDERED that all claims against Defendant Gilberto Romero are dismissed without prejudice, each party to bear its own costs and fees.

IT IS FURTHER ORDERED that Defendant Gilberto Romero is dismissed from this action.

Dated this 28th day of July, 2006.

                                        s/ Edward W. Nottingham
                                        UNITED STATES DISTRICT JUDGE