# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00610-EWN-MJW

HIRUT BERHANMESKEL,

    Plaintiff,

v.

GILBERTO ROMERO, in his individual capacity, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties Stipulation of Dismissal with Prejudice, and the Court having considered the Stipulation finds the Stipulation is well taken.

It is, therefore, ORDERED that all claims against Defendants City and County of Denver and Gilberto Romero are dismissed with prejudice, each party to bear its own costs and fees.

Dated this 6th day of October, 2006.

                                    s/ Edward W. Nottingham
                                    UNITED STATES DISTRICT JUDGE